PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

FILED
OCT 19 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

## Amended
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Bahena, Jr.                           Case: 4:11-CR-382-01

Name of Sentencing Judicial Officer: Honorable Robert Junell, United States District Judge

Date of Original Sentence: March 20, 2012

Original Offense: Aiding and Abetting Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

Original Sentence: 5 years Probation:

Type of Supervision: Probation            Date Supervision Commenced: March 20, 2012

Assistant U.S. Attorney: Ms. Sandy Stewart       Defense Attorney: Mr. David Fannin

### PREVIOUS COURT ACTION

None

### PETITIONING THE COURT

☑ To issue a warrant
☐ To issue a summons

PROB 12C
(7/93)

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | "The defendant shall not commit another federal state or local crime during the term of supervision." |
| | On October 2, 2012, the defendant was arrested by the Ector County Sheriff's Department for the offenses of Evading Arrest (Class "A" Misdemeanor) **and Burglary of a Habitation (2nd Degree Felony).** |
| 2 | **"The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer."** |
| | **On October 2, 2012, the defendant was found by deputies of the Ector County Sheriff's Department to be associating with Javirus Malone White while Javirus Malone White was engaged in the burglarizing of a residence. Both the defendant and Javirus Malone White were arrested by the Ector County Sheriff's Office for the offenses of Evading Arrest and Burglary of a Habitation.** |

PROB 12C
(7/93)

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

    [x] revoked. Maximum penalty: 20 years imprisonment; 3 years of supervised release; and payment of any unsatisfied monetary sanction previously imposed.

    [ ] extended for _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:


Approved:

*Katherine Harrison* (signature)

Katherine J. Harrison
Supervising U.S. Probation Officer
Telephone: (432) 686-4060, Ext. 2226

kjh

cc:  John Klassen, Assistant U.S. Attorney
      ADCUSPO, El Paso

Respectfully submitted,

*Mark Elkins* (signature)

Mark Elkins
U.S. Probation Officer
Telephone: (432) 686-4060, Ext. 2255
Date: October , 2012

---

THE COURT ORDERS:

[ ] No action.

[ ] The issuance of a warrant.

[ ] The issuance of a summons.

[X] Other  The defendant is in U.S. Marshal custody on a warrant previously issued in this case.

*Robert Junell* (signature)

Robert Junell
U.S. District Judge

10-18-11

Date