# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-50366
Conference Calendar

D.C. Docket No. 4:11-CR-382-1

United States Court of Appeals
Fifth Circuit
**FILED**
June 17, 2014
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

ROBERT BAHENA, JR.,

    Defendant - Appellant

FILED
JUL 1 1 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____DEPUTY

Appeal from the United States District Court for the
Western District of Texas, Pecos

Before KING, HAYNES, and HIGGINSON, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.

ISSUED AS MANDATE:
7/9/14

A True Copy
Attest
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy
New Orleans, Louisiana    7/9/14

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

July 09, 2014

**FILED**

JUL 1 1 2014

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

Mr. William Putnicki
Western District of Texas, Pecos
United States District Court
410 S. Cedar Street
U. S. Post Office & Courthouse
Room 203
Pecos, TX 79772-0000

No. 13-50366     USA v. Robert Bahena, Jr.
                 USDC No. 4:11-CR-382-1

Dear Mr. Putnicki,

Enclosed is a copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( ) Volumes     ( 1 ) sealed envelope     ( ) Boxes
                  ✓ PSI

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701

cc:
    Mr. Robert Bahena Jr.
    Mr. Joseph H. Gay Jr.
    Honorable Robert A. Junell

P.S. to Judge Junell: A copy of the opinion was sent to your office via email the day it was filed.