PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

<u>Western District of Texas</u>

FILED
DEC 08 2015
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: <u>Robert Bahena, Jr.</u>  Case Number: <u>4:11CR00382-001</u>

Name of Sentencing Judicial Officer: <u>Honorable Robert Junell, U.S. District Judge</u>

Date of Original Sentence: <u>March 20, 2012</u>

Original Offense: <u>Aiding & Abetting Possession with Intent to Distribute Cocaine, in violation of 21 U. S. C. § 841(a)(1) and 18 U. S. C. § 2</u>

Original Sentence: <u>5 years probation</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>October 7, 2014</u>

Assistant U.S. Attorney: <u>Ms. Brandi Young</u>  Defense Attorney: <u>Mr. Jeffrey Parras</u>

### PREVIOUS COURT ACTION

On May 1, 2012, the defendant's probation was modified to establish $100 monthly fine payment.

On April 8, 2013, the defendant's probation was revoked to 24 months incarceration followed by 36 months supervised release for Evading Arrest, Burglary of a Habitation, and associating with a felon, Jayirus Malone White.

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "The defendant shall not commit another federal, state, or local crime during the term of supervision." |
| 2 | "The defendant shall not unlawfully possess a controlled substance." |

On or about December 4, 2015, Robert Bahena, Jr., was arrested by the Odessa Police Department for Delivery of Methamphetamine (F1) in Odessa, Texas. The Odessa Police Department executed a search warrant at Bahena's residence, 4330 N. Grandview, Apartment 1603, Odessa, Texas, and located approximately 101.8 grams of Methamphetamine in Bahena's bedroom.

U.S. Probation Officer Recommendation:

The term of supervision should be

    ☒ revoked. (Maximum penalty: _2_ years imprisonment; _Lifetime_ supervised release; and payment of any unsatisfied monetary sanction previously imposed)

    ☐ extended for _____ years for a total term of _____ years

The conditions of supervision should be modified as follows:

| Approved by: | Respectfully submitted by: |
|---|---|
| *signature* | *signature* |
| Javier Ceniceros | Laura Rosa |
| Supervising U.S. Probation Officer | Sr. U.S. Probation Officer |
| Telephone: (432) 686-4060 Ext. 2227 | Telephone: (432) 686-4060 Ext. 2244 |
| | Date: December 7, 2015 |

/llr

cc: William Franklin Lewis, Jr., AUSA
    Victor Calderon, ADCUSPO

---

THE COURT ORDERS:

☐ No action.
☑ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other _____

*signature*
Honorable Robert Junell
Senior U.S. District Judge

12-8-15
Date