*FILED*

JUN 2 7 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA** §<br>§<br>**vs.** §<br>§<br>**ROBERT BAHENA JR** | **Criminal No. 4:11-CR-382-01  RAJ** |

## ORDER REVOKING SUPERVISED RELEASE and RESENTENCING OF DEFENDANT

On this the 15th day of June, 2016, came on to be heard the Government's Motion for Revocation of Supervised Release granted by virtue of Judgment entered on April 8, 2013, in the above numbered and styled cause.

Defendant appeared in person and was represented by attorney of record, Robert V. Garcia, Jr. The United States was represented by Assistant United States Attorney, Glenn Harwood.

After reviewing the motion and the records in this case as well as hearing testimony and arguments of counsel, the Court is of the opinion that said Defendant has violated the provisions of his Supervised Release and that the ends of justice and the best interests of the public and of the Defendant will not be subserved by continuing said Defendant upon Supervised Release. Further, the Court is of the opinion that the Motion for Revocation of Supervised Release should be, and it is hereby **GRANTED.**

**IT IS THEREFORE ORDERED** that the term of Supervised Release of Defendant named above granted by Judgment entered on April 8, 2013, be, and it is hereby **REVOKED and SET ASIDE** and the Defendant is resentenced as follows:

The Defendant, **ROBERT BAHENA JR**, is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Twelve (12) months, with this sentence to run concurrently with the sentence imposed in 7:16-CR-021-01 . The court recommends that the defendant be incarcerated at FCI Pekin, IL or Florence, CO.

There shall be no further Supervised Release imposed.

The Clerk will provide the United States Marshal Service with a copy of this Order and of the Judgment entered on April 8, 2013, to serve as the commitment of the Defendant.

SIGNED this 27 day of June, 2016.

Robert Junell
Senior United States District Judge